LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FUENTES, ) | No. 2:22- cv-7650 SK |
| ) | |
|   Plaintiff, ) | ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|   Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED FORTY-NINE DOLLARS AND 14/100 ($4,449.14). and zero costs ($0.00), subject to the terms of the stipulation.

DATE: May 23, 2023         _____

                                    HON. STEVE KIM
                                    UNITED STATES MAGISTRATE JUDGE

# LAW OFFICES OF BILL LATOUR

SOCIAL SECURITY DISABILITY/SUPPLEMENTAL SECURITY INCOME

## FEE AGREEMENT - FEDERAL COURT

I hereby employ THE LAW OFFICES OF BILL LATOUR, to represent me in a federal court review of my SSI and/or SOCIAL SECURITY DISABILITY case. I agree that my attorney shall charge and receive as the fee an amount equal to twenty-five percent (25%) of the past-due benefits that are awarded to ME and my FAMILY DEPENDENTS in the event my case is won. Associate counsel will be appointed to represent you with this Federal Court appeal. It is possible that more than one appointed associate counsel may work on my case with federal court. This will not increase your fee.

My attorney has explained to me that it is the law that the attorney fee must be approved by the federal court for representation in federal court and by the Social Security Administration for representation before the Social Security Administration. I understand that the fee in my case will be based on the total hours worked in preparing and completing my federal case on an hourly rate which may be several hundred dollars per hour or even several thousand dollars per hour. I understand that my attorney is accepting my case because of the possibility of obtaining substantial fees. I agree to cooperate in any way I can so that my attorney's full fee is authorized. I understand that this fee agreement allows my attorney to apply for a full 25% of my back award for attorney fees pursuant to 42 U.S.C. §406(b) [for representing me in federal district court], and that this amount is in addition to any fees he receives pursuant to 42 U.S.C. §406(a) [fee for representing me before the Social Security Administration].

I understand that *usually* all of the attorney fee will be paid from my past-due benefits. However, the court may order the government to pay a portion of the attorney fees pursuant to the Equal Access to Justice Act (EAJA). If this happens, ***I hereby assign any court awarded EAJA attorney fees to my attorney.*** The court awarded EAJA attorney fee may reduce the amount that I will be obligated to pay from my past-due benefits and it could mean that no attorney fee will come out of my back benefits; that the entire fee will be paid by the government under the EAJA. On the other hand, it could work out that my attorney will receive the 25% fee and, in addition, my attorney will receive part or the entire court-awarded EAJA fee. But in no case will the fee that comes out of the back benefits paid on my behalf be greater than 25% (excluding the fee paid for work on my case before the Social Security Administration).

- I understand that in an SSI and/or SOCIAL SECURITY DISABILITY case, the Social Security Administration will withhold 25% of the past-due benefits and send the approved fee to my attorney.
- This agreement terminates at the option of my attorney if we lose in the federal district court.
- This agreement is in addition to any previous or subsequent fee agreement I have signed with my attorney for representation before the Social Security Administration.

**ADDENDUM: LIMITED POWER OF ATTORNEY TO CONVEY EAJA AWARD TO ATTORNEY:** I authorize the LAW OFFICES OF BILL LATOUR to seek attorney fees under the EQUAL ACCESS TO JUSTICE ACT [EAJA], either on my behalf or on behalf of the LAW OFFICES OF BILL LATOUR. I agree to pay the LAW OFFICES OF BILL LATOUR all attorney fees awarded to me under the EAJA. I agree that they may be mailed to, or made payable to the LAW OFFICES OF BILL LATOUR directly, and assign all rights I have to seek and receive them to the LAW OFFICES OF BILL LATOUR. I authorize the LAW OFFICES OF BILL LATOUR to sign my name to any check issued to me for EAJA fees, and agree to immediately deliver any check I receive for EAJA fees to the LAW OFFICES OF BILL LATOUR.

**EXECUTED BY:**

Christopher Fuentes
Claimant's Name

C. Fuentes
Signature

10 / 13 / 2022
Date

**EXECUTED BY:**

MARK VER PLANCK, ATTORNEY

10/13/22
DATE

Rev.: 7/19/2019